|  |  |  | 2012<br>CP–36–CR–0000108–2012<br>CP–36–CR–0000120–2012<br>(Lancaster) |
| --- | --- | --- | --- |
| Computer Aid, Inc. v. Ferree . . . . . . . . . . | 525 MDA 2016<br>Affirmed | 02/21/2017 | 2016 CV 1336 EQ<br>(Dauphin) |
| Com. v. Maier . . . . . . . . . . . . . . . . . . . . . . . | 755 MDA 2016<br>Affirmed | 02/21/2017 | CP–54–CR–0000568–1989<br>(Schuylkill) |
| Com. v. Sanchez . . . . . . . . . . . . . . . . . . . . . | 756 MDA 2016<br>Affirmed | 02/21/2017 | CP–01–CR–0000571–2015<br>(Adams) |
| Com. v. Sherrill . . . . . . . . . . . . . . . . . . . . . . | 761 MDA 2016<br>Affirmed | 02/21/2017 | CP–22–CR–0000006–2005<br>(Dauphin) |
| Com. v. Ruiz. . . . . . . . . . . . . . . . . . . . . . . . . | 860 MDA 2016<br>Affirmed | 02/21/2017 | CP–06–CR–0003038–2012<br>(Berks) |
| S.A.G. v. R.L.B., Jr. . . . . . . . . . . . . . . . . . . | 911 MDA 2016<br>Affirmed | 02/21/2017 | 2013–00282<br>(Lancaster) |
| Com. v. House . . . . . . . . . . . . . . . . . . . . . . . | 917 MDA 2016<br>Affirmed | 02/21/2017 | CP–22–CR–0001459–2013<br>(Dauphin) |
| Com. v. Knight . . . . . . . . . . . . . . . . . . . . . . | 1019 MDA 2016<br>Affirmed | 02/21/2017 | CP–06–CR–0001233–2014<br>(Berks) |
| Diaz v. Aiken [18] . . . . . . . . . . . . . . . . . . . . . | 1087 MDA 2016<br>Quashed | 02/21/2017 | 2015–1304<br>(Susquehanna) |
| Com. v. Gordner . . . . . . . . . . . . . . . . . . . . . | 1183 MDA 2016<br>Affirmed | 02/21/2017 | CP–57–CR–0000011–2016<br>(Sullivan) |
| Brobst v. Brobst . . . . . . . . . . . . . . . . . . . . . | 1212 MDA 2016<br>Affirmed | 02/21/2017 | 15–13571<br>(Berks) |
| In the Interest of: K.K. . . . . . . . . . . . . . . . | 1445 MDA 2016<br>Affirmed | 02/21/2017 | CP–21–DP–0000075–2010<br>(Cumberland) |
| Com. v. Kerrick . . . . . . . . . . . . . . . . . . . . . . | 1452 MDA 2016<br>Affirmed | 02/21/2017 | CP–59–CR–0000020–2013<br>(Tioga) |
| In the Adoption of K.K.; Appeal of<br>K.J.D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1458 MDA 2016<br>Affirmed | 02/21/2017 | 55 Adoptions 2016<br>(Cumberland) |
| J.R. v. L.T. . . . . . . . . . . . . . . . . . . . . . . . . . . | 1870 WDA 2015<br>Affirmed | 02/21/2017 | FD 07–003697–004<br>(Allegheny) |
| J.R. v. L.T. . . . . . . . . . . . . . . . . . . . . . . . . . . | 2002 WDA 2015<br>Affirmed | 02/21/2017 | FD 07–003697–004<br>(Allegheny) |
| J.R. v. L.T. . . . . . . . . . . . . . . . . . . . . . . . . . . | 456 WDA 2016<br>Affirmed | 02/21/2017 | FD07–003697–004<br>(Allegheny) |

18. Petition for reargument denied April 5, 2017.